# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **USA v. Murphy**         Case Number: **15cr3163-CAB**

Hon. Cathy Ann Bencivengo      Ct. Deputy Lori Hernandez      Rptr Tape: N/A

On December 4, 2020, Defendant James Murphy filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), which he requested to be filed under seal. [Doc. No. 27.] The motion was erroneously not filed under seal. Accordingly, it is hereby **ORDERED** that the Clerk of the Court shall correct the docket to file Defendant's motion, Docket Number 27, under seal forthwith.

Date: December 30, 2020                                                                                              Initials: HHR